# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| IDENTITY SOFTWARE PTY LTD., | § |
| | § |
| *Plaintiff*, | § CIVIL ACTION NO. 1:17-cv-01189 |
| | § |
| v. | § **JURY TRIAL DEMANDED** |
| | § |
| MEDALLIA, INC., | § |
| | § |
| *Defendant*. | § |

## UNOPPOSED MOTION TO EXTEND TIME TO ANSWER

Defendant Medallia, Inc. ("Medallia" of "Defendant") hereby moves the Court for an order extending the time for Medallia to answer Plaintiff's Complaint (Dkt. 1). Defendant has not yet retained counsel to represent them in this matter and Medallia's in-house counsel has asked Plaintiff to file this Unopposed Motion to Extend Time to Answer on its behalf.

Medallia's current deadline to answer Plaintiff's Complaint is January 18, 2018. Medallia requests an extension of time to answer, move, or otherwise respond to Plaintiff's Complaint to February 19, 2018. The request for extension is the first such request by Medallia, is not sought for the purposes of delay, and will not affect any other case deadlines. Plaintiff does not oppose this extension request.

DATED: January 17, 2018                    Respectfully submitted,

                                           */s/ Andrew G. DiNovo*
                                           Andrew G. DiNovo
                                           Texas State Bar No. 00790594
                                           adinovo@dinovoprice.com
                                           Adam G. Price
                                           Texas State Bar No. 24027750
                                           aprice@dinovoprice.com

**DINOVO PRICE LLP**
7000 N. MoPac Expressway, Suite 350
Austin, Texas 78731
Telephone: (512) 539-2626
Telecopier: (512) 539-2627

*Counsel for Plaintiff*
*Identity Software Pty. Ltd.*

## CERTIFICATE OF CONFERENCE

On January 9, 2017, Plaintiff conferred with Medallia's in-house counsel regarding the relief sought in this motion. Medallia requested that Plaintiff file the motion on its behalf. Plaintiff does not oppose the requested extension.

/s/ Andrew G. DiNovo
Andrew G. DiNovo

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Andrew G. DiNovo
Andrew G. DiNovo